Rodriguez v Hernandez (2020 NY Slip Op 51500(U))

[*1]

Rodriguez v Hernandez

2020 NY Slip Op 51500(U) [70 Misc 3d 127(A)]

Decided on December 11, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 11, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2017-1702 K C

Francisca Rodriguez, Appellant,
against
Luis F. Hernandez, Respondent. 

Francisca Rodriguez, appellant pro se.
Luis F. Hernandez, respondent pro se (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin S.
Garson, J.), entered July 31, 2017. The order denied plaintiff's motion to vacate a judgment of
that court entered November 1, 2016, after an inquest, dismissing the action, in effect as
premature.

ORDERED that the order is affirmed, without costs.
In this small claims action, plaintiff seeks to recover a $3,000 security deposit. After
defendant failed to appear, an inquest was held (Robin S. Garson, J.), following which judgment
was entered dismissing the action, in effect as premature, on the ground that plaintiff had
commenced it before she moved out and, therefore, before the security deposit was due to be
returned. Plaintiff moved to vacate the judgment, alleging that she "didn't like the way [her] case
was dismissed in [defendant's] favor." Plaintiff appeals from an order of the Civil Court (Robin
S. Garson, J.) dated July 31, 2017 denying plaintiff's motion. 
As plaintiff failed to allege any grounds upon which relief from the judgment could have
been granted (see CPLR 5015 [a]), the order was properly denied.
Accordingly, the order is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 11, 2020